# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:25-cr-00148-RGE-WPK : Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Jianfa Huang, Xiangjing Wang

Gov. Atty(s): Debra Mendenhall : ✔Indictment ☐Superseding Indictment ☐Information
Def. Atty(s): Andrew Graeve, Jessica Donels : ☐Complaint ☐Warrant ☐Summons
Def. Appears: ✔In Person ☐Video Conference : Code Violation/Offense:
☐All Parties Consent to Video Proceeding : Ct 1 - 18:1962(d) Racketeering Conspiracy
Court Reporter: FTR Gold : Ct 2 - 18:2314 Conspiracy - Interstate Transportation of
Interpreter: June Hu : Stolen Property
✔Interpreter Sworn    Cts. 4-5 - 18:2314 Interstate Transportation of Stolen
Date: December 11, 2025    Property (Ct. 4 applies to Xiangjing Wang only)
Initial Appearance Start Time: 1:30 P.M.    Arraignment Start Time: 1:39 P.M.    End Time: 1:52 P.M.

## Initial Appearance

✔Advised of Rights : ☐Appointed/Previously Appointed FPD
✔Advised of Consular Notification Rights : ✔Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐Yes ☐No : ☐Retained Counsel
✔Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: February 2, 2026 : ✔Advised of Charges/Maximum Penalties
Rule 16 Material due: December 19, 2025 : ✔Indicted in True Name
Reciprocal Discovery due: December 29, 2025 :    True Name:
Pretrial Motions due: January 12, 2026 : ✔Reading of Indictment Waived
Plea Notification Deadline: January 16, 2026 :    Plea of Not Guilty Accepted as to Ct(s): 1, 2, and 5 and 4 (X. Wang)
Plea Entry Deadline: January 20, 2026 : ✔Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ✔Defendant advised that failure to enter a plea by deadline
January 16, 2026 at 10:00 A.M.    may negatively impact consideration and finding regarding
before the Honorable Helen C. Adams via Webex    reduction in offense level based upon Acceptance of
   Responsibility pursuant to USSG.

## Custody Status

✔Government Moved for Detention :
☐Defendant Waived Preliminary Examination : Detention Hearing Set:
✔Defendant Waived Detention Hearing : Before:
Court Ordered Defendant: : Courthouse:    Room:
☐Released on Bond : Revocation Hearing Set:
✔Detained : Before:
  : Courthouse:    Room:

CJA attorney Andrew Graeve present for Defendant Jianfa Huang. CJA attorney Jessica Donels present for Defendant Xiangjing Wang. Both defendants require a Mandarin, Fujianese (Fuzhounese) Interpreter, which June Hu provided for this hearing. Both defendants received a translated indictment. Parties advised that Goodgame Ebinger generally will grant only one continuance of trial.

/s/ M. Clothier
Deputy Clerk