# United States District Court
# Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:25-cr-00148-RGE-WPK-13 |
| ) | |
| Xiangjing Wang , ) | ☐ *[Check if Federal Public Defender is appearing only for arraignment or initial appearance]* |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER APPOINTING COUNSEL

The Court finds that the Defendant qualifies for appointment of counsel under the Criminal Justice Act, 18 USC §3006A, and the Criminal Justice Act Plan for the Southern District of Iowa. A CJA Form 23 Financial Affidavit shall be filed within five days of this Order.

It is ORDERED that Federal Defender's Office, or substitute counsel designated pursuant to the CJA Plan, is appointed to represent Defendant for all proceedings, including appeal. The Court may require Defendant to make full or partial repayment of attorney and witness fees, should it find that the Defendant has the ability to make such payment.

Date: December 11, 2025

_____
*Judge's signature*

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*