# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:25-cr-00148-RGE-WPK  :  Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Xian Quan Guo, Futao Wang

Gov. Atty(s): Debra Mendenhall : ☑ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Angela Campbell, Raya Dimitrova : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☑ In Person ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : Ct 1 - 18:1962(d) Racketeering Conspiracy
Court Reporter: FTR Gold : Ct 2 - 18:2314 Conspiracy - Interstate Transportation of
Interpreter: June Hu : Stolen Property
☑ Interpreter Sworn : Ct. 4 - 18:2314 Interstate Transportation of Stolen Property
Date: December 11, 2025 (Ct. 4 applies to Defendant Futao Wang only)

Initial Appearance Start Time: 2:25 P.M.  Arraignment Start Time: 2:34 P.M.  End Time: 2:43 P.M.

## Initial Appearance

☑ Advised of Rights : ☐ Appointed/Previously Appointed FPD
☑ Advised of Consular Notification Rights : ☑ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☑ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: February 2, 2026 : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: December 19, 2025 : ☑ Indicted in True Name
Reciprocal Discovery due: December 29, 2025 : True Name:
Pretrial Motions due: January 12, 2026 : ☑ Reading of Indictment Waived
Plea Notification Deadline: January 16, 2026 : Plea of Not Guilty Accepted as to Ct(s): 1-2 (Guo, Wang) & 4 (Wang)
Plea Entry Deadline: January 20, 2026 : ☑ Denied Forfeiture- Xian Quan Guo
Status/Scheduling Conference (Counsel Only): ☑ Defendant advised that failure to enter a plea by deadline
January 16, 2026 at 10:00 A.M. : may negatively impact consideration and finding regarding
before the Honorable Helen C. Adams via Webex reduction in offense level based upon Acceptance of
Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☑ Defendant Waived Detention Hearing : Before:
Court Ordered Defendant: : Courthouse:                              Room:
☐ Released on Bond : Revocation Hearing Set:
☑ Detained : Before:
: Courthouse:                              Room:

CJA attorney Angela Campbell present for Defendant Xian Quan Guo. CJA attorney Raya Dimitrova present for Defendant Futao Wang. Both defendants require a Mandarin Interpreter, which June Hu provided for this hearing. Both defendants received a translated indictment. Parties advised that District Judge Goodgame Ebinger generally will grant only one continuance of trial.

/s/ M. Clothier
Deputy Clerk