**United States District Court for the Southern District of Iowa**

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge

Criminal No. 4:25-cr-00148-RGE-WPK          :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs.  Xian Quan Guo, Futao Wang

Gov. Atty(s): Debra Mendenhall          : ☑Indictment ☐Superseding Indictment ☐Information

Def. Atty(s):  Angela Campbell, Raya Dimitrova : ☐Complaint ☐Warrant ☐Summons

Def. Appears: ☑In Person ☐Video Conference : Code Violation/Offense:

☐All Parties Consent to Video Proceeding : Ct 1 - 18:1962(d) Racketeering Conspiracy

Court Reporter: FTR Gold          : Ct 2 - 18:2314 Conspiracy - Interstate Transportation of

Interpreter: June Hu          : Stolen Property

☑Interpreter Sworn          Ct. 4 - 18:2314 Interstate Transportation of Stolen Property

Date: December 11, 2025          (Ct. 4 applies to Defendant Futao Wang only)

Initial Appearance Start Time: 2:25 P.M.   Arraignment Start Time: 2:34 P.M.   End Time: 2:43 P.M.

## Initial Appearance

☑Advised of Rights          : ☐Appointed/Previously Appointed FPD

☑Advised of Consular Notification Rights : ☑Appointed/Previously Appointed CJA Counsel

Requesting Consular Notification ☐Yes ☐No : ☐Retained Counsel

☑Rule 5 Admonition Given          :

## Arraignment

Trial Scheduled for: February 2, 2026          : ☑Advised of Charges/Maximum Penalties

Rule 16 Material due: December 19, 2025          : ☑Indicted in True Name

Reciprocal Discovery due: December 29, 2025 :          True Name:

Pretrial Motions due: January 12, 2026          : ☑Reading of Indictment Waived

Plea Notification Deadline: January 16, 2026 :   Plea of Not Guilty Accepted as to Ct(s): 1-2 (Guo, Wang) &

Plea Entry Deadline: January 20, 2026          ☑Denied Forfeiture- Xian Quan Guo          4 (Wang)

Status/Scheduling Conference (Counsel Only): ☑Defendant advised that failure to enter a plea by deadline

January 16, 2026 at 10:00 A.M.          :   may negatively impact consideration and finding regarding

before the Honorable Helen C. Adams via Webex          reduction in offense level based upon Acceptance of

          Responsibility pursuant to USSG.

## Custody Status

☑Government Moved for Detention          :

☐Defendant Waived Preliminary Examination :   Detention Hearing Set:

☑Defendant Waived Detention Hearing          : Before:

          : Courthouse:          Room:

Court Ordered Defendant:          : Revocation Hearing Set:

☐Released on Bond          : Before:

☑Detained          : Courthouse:          Room:

CJA attorney Angela Campbell present for Defendant Xian Quan Guo. CJA attorney Raya Dimitrova present for Defendant Futao Wang. Both defendants require a Mandarin Interpreter, which June Hu provided for this hearing. Both defendants received a translated indictment. Parties advised that District Judge Goodgame Ebinger generally will grant only one continuance of trial.

/s/ M. Clothier

Deputy Clerk