**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>vs.<br><br>**XIANGJING WANG et al.,**<br><br>     Defendant. | Case No. 4:25-cr-148<br><br><br><br>**APPEARANCE** |

**COMES NOW** the undersigned counsel, Jessica Donels, and hereby enters her Appearance on behalf of the above-named Defendant Xiangjing Wang.

**PARRISH KRUIDENIER, L.L.P.**

By:  */s/ Jessica Donels*
     Jessica Donels          AT0013389
     2910 Grand Avenue
     Des Moines, Iowa 50312
     Telephone: (515) 284-5737
     Facsimile: (515) 284-1704
     Email: jdonels@parrishlaw.com
**ATTORNEY FOR DEFENDANT**

**Copy to client.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 11, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By:  */s/ Alexandria Dea*