# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**FUTAO WANG,**<br>Defendant. | **CASE NO. 4:25-CR-148**<br><br><br>**APPEARANCE** |
|---|---|

**COMES NOW** the undersigned attorney and hereby enters her appearance on behalf of the Defendant, Futao Wang, in the above captioned matter.

**RESPECTFULLY SUBMITTED,**

**CARR LAW FIRM, P.L.C.**

 /s/ Raya Dimitrova
Raya D. Dimitrova (AT 0012264)
300 Walnut Street, Suite 140
Des Moines, Iowa 50309
Phone: (515) 875-4868
Fax: (515) 875-4869
raya@carrlawiowa.com
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

United States Attorney
Attorney for Plaintiff


   /s/ Raya D. Dimitrova