UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JIANFA HUANG,<br><br>  Defendant. | No. 4:25-cr-00148-RGE-WPK-7<br><br><br><br>**APPEARANCE OF COUNSEL** |

The undersigned counsel hereby enters his appearance on behalf of the Defendant, Jianfa Huang, in the above-referenced proceedings.

      WEINHARDT & LANTZ, P.C.

      By:   /s/ Andrew J. Graeve
           Andrew J. Graeve        AT0015662
           2600 Grand Avenue, Suite 450
           Des Moines, IA  50312
           Telephone:  (515) 244-3100
           E-mail:  agraeve@weinhardtlantz.com

      ATTORNEYS FOR DEFENDANT JIANFA HUANG

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon all attorneys of record on December 12, 2025, via CM/ECF.

Signature:   /s/ Maura McNally-Cavanagh