IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-148 |
| v. | ) | |
| TIANZHU CHEN, JINGLIU CHEN, KANGHUA CHEN, YONG CHEN, XIAN QUAN GUO, JIAN XIN HUANG, JIANFA HUANG, BEN QIU LIN, FUKANG WANG, FUTAO WANG, JIA ZHOU WANG, JIE WANG, XIANGJING WANG, DANRONG ZHANG, JIE ZHU, CHANG YONG ZOU, CHANGXU ZOU, CHANGYU ZOU, and WENRONG ZOU, | ) | |
| Defendants. | ) | |

### DECLARATION IN SUPPORT OF PROTECTIVE ORDER

Eric Lopez, under penalty of perjury, submits this declaration pursuant to 28 U.S.C. § 1746, in support of an Application for Protective Order relating to real property located at 38 Sweetwater Avenue, Staten Island, New York, 10308. This declaration is based on information that I have learned through investigation, communication with other agents and investigators, and review of relevant documents and records.

1.     I am a Task Force Office for the Federal Bureau of Investigation, and I am familiar with the facts and circumstances leading to the indictment for RICO and related offenses in the above-captioned matter.

2.     On December 9, 2025, an indictment was returned charging Defendant FUKANG WANG and others under 18 U.S.C. § 1962 (racketeering) (Count 1). Among other things, the Enterprise is alleged to have stolen and sold used cooking oil (UCO) and transported said UCO across state lines. The Enterprise used the name King Oil Recycling, Inc., to conduct its illegal activities. The Enterprise's activities are alleged to have occurred as early as August 2020 and continuing until December 2025.

3.     The investigation disclosed that FUKANG WANG and others used a residence at 38 Sweetwater Avenue in Staten Island, New York, as a source of influence over the Enterprise (hereinafter "the Sweetwater residence"). For example, the available evidence suggests that FUKANG WANG and others conducted meetings at the Sweetwater residence, and that they maintained records and proceeds of the Enterprise's unlawful activities at that location.

4.     Records obtained from New York reflect that FUKANG WANG and Bijin Zheng purchased the residence in September 2022, during the timeframe that the Enterprise was ongoing, for $1.2 million. Zheng appears to be WANG's spouse. Records reflect that the property was transferred solely into Zheng's name on May 26, 2023. Significantly, this occurred shortly after state search warrants were executed in Tennessee on May 24, 2023, on locations associated with the Enterprise.

5.     On June 20, 2023, JIA ZHOU WANG, filed articles of incorporation for

King Oil Recycling, Inc., listing the Sweetwater residence as his address. JIA ZHOU WANG was the sole account holder on the King Oil Recycling bank account that received over $2.5 million from the sale of stolen UCO. JIA ZHOU WANG appears to be the father of FUKANG WANG.

6. Phone location data revealed that TIAZHU CHEN, who held a leadership role in the Enterprise, was present at the Sweetwater residence on several occasions in September, October, and December 2025.

7. A federal search warrant was executed at the Sweetwater residence on December 11, 2025. Among other things, investigators located;

   a. A suitcase with a concealed compartment containing $15,000 USD with a total amount of $18,500 USD located inside the residence;

   b. Ledgers containing payroll and other documents relating to the various businesses associated with the organization;

   c. Mail labeled King Oil Recycling Incorporated addressed to 38 Sweetwater Ave, Staten Island, New York 10308;

   d. Mail addressed to FUKANG WANG and JIA ZHOU WANG at 38 Sweetwater Ave, Staten Island, New York, 10308;

   e. Business checkbooks for Jiechen Oil Recycling Company, TDR Harmony Corporation, and King Oil Recycling Incorporated;

   f. Numerous business records and documents associated with Cleancycle Incorporated and King Oil Recycling Incorporated.

Respectfully Submitted,

_____
Eric Lopez, FBI Task Force Officer