Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,INTERPRETER

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CRIMINAL DOCKET FOR CASE #: 5:25-mj-00675-STE All Defendants

| | |
|---|---|
| Case title: United States of America v. Zou et al | Date Filed: 12/11/2025 |
| Other court case number: 4:25-CR-148 Southern District of Iowa | |

Assigned to: Magistrate Judge Shon T. Erwin

**Defendant (1)**

| | | |
|---|---|---|
| **Changyu Zou** | represented by | **Michael Wayne Noland** |
| | | Michael Noland |
| | | 435 North Walker Ave |
| | | Ste 105 |
| | | Oklahoma City, OK 73102 |
| | | 405-225-1311 |
| | | Fax: 405-225-1312 |
| | | Email: phisig2225@yahoo.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

**Pending Counts**                                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                              **Disposition**
None

Assigned to: Magistrate Judge Shon T. Erwin

**Defendant (2)**

| | | |
|---|---|---|
| **Wenrong Zou** | represented by | **Lance B Phillips** <br> Lance B Phillips PC <br> Seven S Mickey Mantle Dr <br> Suite 377 <br> Oklahoma City, OK 73104 <br> 405-235-5944 <br> Fax: 405-232-4679 <br> Email: lancebp2000@yahoo.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Jordan Ganz** <br> 210 Park Avenue, Suite 400 <br> Oklahoma City, OK 73102 <br> 405-553-8790 <br> Email: jordan.ganz@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2025 | | Arrest of Changyu Zou in Western District of Oklahoma. (ac) (Entered: 12/11/2025) |

| | | |
|---|---|---|
| 12/11/2025 | | Arrest of Wenrong Zou in Western District of Oklahoma. (ac) (Entered: 12/11/2025) |
| 12/11/2025 | 1 | RULE 5(c)(3) Documents Received as to Changyu Zou (ac) (Entered: 12/11/2025) |
| 12/11/2025 | 2 | RULE 5(c)(3) Documents Received as to Wenrong Zou (ac) (Entered: 12/11/2025) |
| 12/11/2025 | 3 | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Changyu Zou (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 4 | ORAL MOTION to Appoint Counsel by Changyu Zou. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 5 | ORDER granting 4 Motion to Appoint Counsel. Appointed Michael Wayne Noland for Changyu Zou. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 6 | Minute Entry for proceedings held before Magistrate Judge Shon T. Erwin: Initial Appearance in Rule 5(c)(3) as to Changyu Zou held on 12/11/2025. Defendant remanded to custody of USMS. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 7 | WAIVER of Rule 5(c)(3) Hearings by Changyu Zou (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 8 | ORAL MOTION to Appoint Interpreter, ORAL MOTION to Appoint Interpreter for out of court interpretive services by Changyu Zou. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 9 | ORDER granting 8 Motion to Appoint Interpreter. Vivan Josh is appointed as interpreter as to Changyu Zou (1). Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 10 | ORDER granting 8 Motion to Appoint Interpreter for out of court interpretive services as to Changyu Zou (1). Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 11 | WRITTEN OATH of Interpreter as to dft Changyu Zou (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 12 | DPPA-ORDER as to Changyu Zou. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 13 | COMMITMENT TO ANOTHER DISTRICT as to Changyu Zou. Defendant committed to District of Southern District of Iowa. Case terminated. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 14 | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Wenrong Zou (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 15 | ORAL MOTION to Appoint Counsel, ORAL MOTION to Appoint Interpreter, ORAL MOTION to Appoint Interpreter for out of court interpretive services by Wenrong Zou. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 16 | ORDER granting 15 Motion to Appoint Counsel. Appointed Lance B Phillips for Wenrong Zou. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 17 | Minute Entry for proceedings held before Magistrate Judge Shon T. Erwin: Initial Appearance in Rule 5(c)(3) as to Wenrong Zou held on 12/11/2025. Defendant remanded to custody of USMS (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 18 | WAIVER of Rule 5(c)(3) Hearings by Wenrong Zou (ac) (Entered: 12/12/2025) |

| | | |
|---|---|---|
| 12/11/2025 | 19 | ORDER granting 15 Motion to Appoint Interpreter. Vivan Josh is appointed as interpreter as to Wenrong Zou (2). Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 20 | ORDER granting 15 Motion to Appoint Interpreter for out of court interpretive services as to Wenrong Zou (2). Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 21 | WRITTEN OATH of Interpreter Vivan Josh as to dft Wenrong Zou (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 22 | DPPA-ORDER as to Wenrong Zou. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 23 | COMMITMENT TO ANOTHER DISTRICT as to Wenrong Zou. Defendant committed to District of Southern District of Iowa. Case terminated. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/12/2025 | 24 | Notice to Southern District of Iowa of a Rule 5 or Rule 32 Court Documents as to Changyu Zou. Your case number is: 4:25CR148. Docket sheet and documents attached. If you require certified copies of any documents, please send a request to newcases@okwd.uscourts.gov. (rb) (Entered: 12/12/2025) |
| 12/12/2025 | 25 | Notice to Southern District of Iowa of a Rule 5 or Rule 32 Court Documents as to Wenrong Zou. Your case number is: 4:25CR148. Docket sheet and documents attached. If you require certified copies of any documents, please send a request to newcases@okwd.uscourts.gov. (rb) (Entered: 12/12/2025) |