CLOSED,INTERPRETER

Email All Attys

Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CRIMINAL DOCKET FOR CASE #: 5:25−mj−00675−STE−2

Case title: United States of America v. Zou et al          Date Filed: 12/11/2025

Other court case number:  4:25−CR−148 Southern District of
                          Iowa

Assigned to: Magistrate Judge Shon T.
Erwin

**Defendant (2)**

**Wenrong Zou**                    represented by  **Lance B Phillips**
                                                   Lance B Phillips PC
                                                   Seven S Mickey Mantle Dr
                                                   Suite 377
                                                   Oklahoma City, OK 73104
                                                   405−235−5944
                                                   Fax: 405−232−4679
                                                   Email: lancebp2000@yahoo.com
                                                   Email: lancebp2000@yahoo.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: CJA Appointment*

**Pending Counts**                                 **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                     **Disposition**

None

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Jordan Ganz** |
| | | 210 Park Avenue, Suite 400 |
| | | Oklahoma City, OK 73102 |
| | | 405–553–8790 |
| | | Email: jordan.ganz@usdoj.gov |
| | | Email: jordan.ganz@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/11/2025 | 23 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Wenrong Zou. Defendant committed to District of Southern District of Iowa. Case terminated. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 22 | 5 | DPPA–ORDER as to Wenrong Zou. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 21 | 7 | WRITTEN OATH of Interpreter Vivan Josh as to dft Wenrong Zou (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 20 | 8 | ORDER granting 15 Motion to Appoint Interpreter for out of court interpretive services as to Wenrong Zou (2). Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 19 | 9 | ORDER granting 15 Motion to Appoint Interpreter. Vivan Josh is appointed as interpreter as to Wenrong Zou (2). Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 18 | 10 | WAIVER of Rule 5(c)(3) Hearings by Wenrong Zou (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 17 | 11 | Minute Entry for proceedings held before Magistrate Judge Shon T. Erwin: Initial Appearance in Rule 5(c)(3) as to Wenrong Zou held on 12/11/2025. Defendant remanded to custody of USMS (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 16 | 12 | ORDER granting 15 Motion to Appoint Counsel. Appointed Lance B Phillips for Wenrong Zou. Signed by Magistrate Judge Shon T. Erwin on 12/11/2025. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 15 | 13 | ORAL MOTION to Appoint Counsel, ORAL MOTION to Appoint Interpreter, ORAL MOTION to Appoint Interpreter for out of court interpretive services by Wenrong Zou. (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 14 | | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Wenrong Zou (ac) (Entered: 12/12/2025) |
| 12/11/2025 | 2 | 14 | RULE 5(c)(3) Documents Received as to Wenrong Zou (ac) (Entered: 12/11/2025) |
| 12/11/2025 | | 41 | |

| | | | Arrest of Wenrong Zou in Western District of Oklahoma. (ac) (Entered: 12/11/2025) |
|---|---|---|---|

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**

    VS.

**Wenrong Zou**
**Defendant**

)
)
)
)
)
)
)
)
)
)

Case Number:  **MJ-25-675-STE**

Charging District:  **Southern District of Iowa**

Charging District's Case Number:  **CR-25-148**

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the:  Southern District of Iowa .

The defendant may need an interpreter for this language:  Mandarin .

The defendant:    ☐  will retain an attorney.

                 ☒  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Thursday, December 11, 2025
Date

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, v. | ) |
| | ) |
| Wenrong Zou, | )   **Case No.**   **MJ-25-675-STE** |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Due Process Protections Act,[1] counsel are reminded of the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. In particular, "the suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution."[2] "[E]vidence is 'material' within the meaning of *Brady* when there is a reasonable probability that, had the evidence been disclosed, the result of the proceeding would have been different."[3] A "reasonable probability" does not mean that the defendant "would more likely than not have received a different verdict with the evidence," only that the

---

[1] The Due Process Protections Act, PL 116-182, [S 1380], effective October 21, 2020, requires that the parties be informed regarding an amendment to Federal Rule of Criminal Procedure 5. By this legislation, subsection (f) of the Rule has been redesignated as subsection (g), with new subsection (f) hereinafter designated as "REMINDER OF PROSECUTORIAL OBLIGATION." The amendment serves to remind prosecutors of their obligations to disclose exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963).

[2] *Brady*, 373 U.S. at 87.

[3] *Cone v. Bell,* 556 U.S. 449, 469–470 (2009).

likelihood of a different result is great enough to "undermine[ ] confidence in the outcome of the trial."[4]

Possible consequences for a violation of this Order may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting of a continuance, and dismissal of the charges with prejudice.

ENTERED on December 11, 2025.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

---

[4] *Smith v. Cain*, 565 U.S. 73, 75 (2012).

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **VS.** | ) |
| | ) |
| | ) **Case Number: MJ-25-675-STE** |
| | ) |
| | ) |
| **Wenrong Zou** | ) |
| **Defendant** | ) |

## INTERPRETER'S WRITTEN OATH

ON MY WORD OF HONOR, AS OFFICIAL COURT INTERPRETER AND OFFICER OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, I Vivan Josh ,
swear (or affirm) to be true to the Code of Ethics of my profession, and to discharge faithfully the following solemn duties and obligations.

I WILL interpret accurately and faithfully to the best of my ability. I will convey the true meaning of the words, phrases, and statements of the speaker(s), and I will pay special attention to variations of the target language due to educational, cultural and regional differences.

I WILL never interject my own words, phrases, or views, and if the need arises to paraphrase any statements in order to convey the proper meaning, I will do so only after the presiding judicial officer has granted permission.

I WILL familiarize myself with the case as much as possible prior to going into the courtroom. I will inquire whether the language in the case will involve terminology of a technical nature or a particular vernacular that would require special preparation. I will study the indictments or charges to avoid possible interpretation problems during formal court proceedings.

I WILL speak in a clear, firm, and well modulated voice, and when using inflections, I will be particularly careful not to allow them to be interpreted as partiality. I will employ the techniques of interpretation best suited to the situation at hand or according to the needs or wishes of those utilizing my services.

I WILL maintain an impartial attitude during the course of interpreting and will guard any confidential information entrusted to me. I will not discuss the testimony or the merits of the case under any circumstances, with anyone, particularly not with those for whom I interpret.

I WILL attempt to establish rapport with the persons needing my services and will explain to them my position as an impartial officer of the court, serving both the court and the individuals involved in the case. I will alsoinquire whether any person involved suffers from a hearing impairment or any physical or psychological problem that could interfere with the effectiveness of my services, and I will make adjustments accordingly.

I WILL adopt a conservative manner of dress and conduct in upholding the dignity of the court and of my profession, particularly when attention is upon me in the courtroom. I will familiarize myself thoroughly with all the local court rules and I will abide by them.

I WILL strive constantly to improve my knowledge of legal terminology in English and in the language I interpret, and to be familiar with general courtroom procedures, so that in addition to interpreting, I may, when time and conditions permit and with the permission of the presiding judicial officer, explain to those for whom I interpret what is occurring in the courtroom.

I WILL be personally responsible for having the proper dictionaries and other linguistic reference materials readily available for consultation when needed.

So help me God.

Thursday, December 11, 2025
Date

INTERPRETER

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **VS.** | ) |
| | ) |
| | ) |
| | ) **Case Number: MJ-25-675-STE** |
| | ) |
| **Wenrong Zou** | ) |
| **Defendant** | ) |
| | ) |

## ORDER APPOINTING OUT-OF-COURT INTERPRETER

Counsel for defendant is hereby authorized to retain an interpreter to render necessary out-of-court expert interpretive services under the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, up to the statutory maximum. The Court finds the defendant is financially unable to obtain such services and these services are necessary. Any services above the statutory maximum must receive prior approval by the presiding District Judge and the Tenth Circuit Court of Appeals. 18 U.S.C. § 3006A(e)(3).

Dec. 11, 2025
Date

UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**    )
    )
    )
**VS.**    )
    )
    )      **Case Number: MJ-25-675-STE**
    )
    )
**Wenrong Zou**    )
**Defendant**    )
    )

## ORDER APPOINTING INTERPRETER

IT IS HEREBY ORDERED that __Vivan Josh_____ is appointed as

interpreter for the defendant(s) herein under the provisions of the Criminal Justice Act, 18 U.S.C. 3006A,

and the Court Interpreters Act, 28 U.S.C. 1827, et seq., to render necessary interpretive services herein.

Thursday, December 11, 2025
_____
Date

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | |
| | ) | Case Number: **MJ-25-675-STE** |
| | ) | |
| | ) | |
| **Wenrong Zou** | ) | Charging District: <u>Southern District of Iowa</u> |
| **Defendant** | ) | Charging District's Case Number: <u>CR-25-148</u> |
| | ) | |

## WAIVER OF RULE 5 and 5.1 HEARINGS
### ( Complaint or Indictment )

I understand that I have been charged in another district:
the ( *name of other court* )   <u>Southern District of Iowa</u>                         .

I have been informed of the charges and of my rights to:

    (1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

    (2)     an identity hearing to determine whether I am the person named in the charges;

    (3)     production of the warrant, a certified copy of the warrant, or reliable electronic copy of either;

    (4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise-- unless I am indicted--to determine whether there is probable cause to believe that an offense has been committed;

    (5)     a hearing on any motion by the government for detention;

    (6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

    ☒     an identity hearing.

    ☒     production of the warrant.

    ☐     a preliminary hearing.

    ☐     a detention hearing.

I request that the following hearing(s) be held in the prosecuting district, at a time set by that court.

    ☐     a preliminary hearing.

    ☒     a detention hearing.

I realize that the detention hearing in the prosecuting district may not occur within the three and five day time limits, set forth in the Bail Reform Act, but I request the Court to find good cause to exceed those time limits if it takes the Marshal more time to transport me to the prosecuting district, as I want the hearing to be held in the prosecuting district.

<u>12-10-25</u>
Date

<u>WENRONG ZOU</u>
Defendant

_____
Attorney for Defendant

SR-03-2020

**CRIMINAL COURTROOM MINUTE SHEET**
**INITIAL APPEARANCE on RULE 5**

**DATE:** Dec 11, 2025                                    **CASE:** MJ-25-675-STE

**Start Time:** 3:51        **End Time:** 4:05            **COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**                **COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs.** Wenrong Zou

Defendant States true and correct name as: same                                    **AGE:**

**Government Cnsl:** Jordan Ganz                    **Defendant Cnsl:** Lance Phillips

**U.S. Probation Officer:** Keeley Everette
                                                        Court appointed

☒ Defendant Appears,    custody of U.S. Marshal with Counsel        **Interpreter:** Vivan Josh

☒ Defendant advised of his / her right of consular notification, Defendant declines Consular notification.

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot obtain counsel.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Defendant informed of the   ☐ Complaint   ☒ Indictment   and the charges pending against him / her in the prosecuting district.

Charging District: Southern District of Iowa                Charging District case number: CR-25-148

**PRELIMINARY / RULE 5**

☒ Defendant informed of his/her right to a Preliminary hearing.

    ☐ Defendant waives preliminary hearing; Written waiver entered.

    ☐ Defendant requests the preliminary hearing be conducted in the prosecuting district.

    ☐ Defendant requests the preliminary hearing be conducted in this district

        ☐ Preliminary hearing is set for:

    ☒ Preliminary hearing not required.

☒ Defendant waives identity hearing; Written waiver entered.

☒ Defendant advised of the provisions of Rule 20.

☒ Government produces the original warrant, a certified copy of the warrant or a reliable electronic form of either.

☒ Defendant waives production of original, certified copy or reliable electronic form of warrant.

**RELEASE / DETENTION**

☐ Government recommends defendant be released on

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government

    ☐ Upon motion of the Government and request for continuance by

    ☐ Detention Hearing is set for

☒ Defendant requests that the detention issue be held in abeyance until defendant is returned to charging district. The court finds good cause to exceed the time limits set forth by the Bail Reform Act, if necessary, in order to allow the U.S. Marshal sufficient time to transport defendant to the charging district. Defendant remanded to the custody of the U.S. Marshal.

**The Court Orders:**

☒ The United States Marshal for the Western District of Oklahoma is to remove defendant to the district in which he/she is charged and deliver defendant to the United States Marshal for that district or to some other officer authorized to receive him. Written Order entered.

☐ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to the custody of the U.S. Marshal.

☐ Unsecured Bond set at                                        with conditions per Release Order.

☐ Secured Bond set at                                        with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of the U.S. Marshal.

**FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny.  Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice

☒ Government to notify consular notification if required by China

SR-03-2020                                                                                11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | |
| | ) | **Case Number: MJ-25-675-STE** |
| | ) | |
| **Wenrong Zou** | ) | Charging District: <u>Southern District of Iowa</u> |
| **Defendant** | ) | Charging District's Case Number: <u>CR-25-148</u> |
| | ) | |

## ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☐ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings in this District unless and until relieved by order of the Court. _____

☒ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant. **Lance Phillips** _____

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court. _____

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

<u>Thursday, December 11, 2025</u>
Date

_____

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:okwd_ecf_notice@okwd.uscourts.gov
To:okwdecf@localhost.localdomain
Bcc:
--Case Participants: Michael Wayne Noland (phisig2225@yahoo.com), Jordan Ganz
(caseview.ecf@usdoj.gov, jordan.ganz@usdoj.gov, leandrea.garcia@usdoj.gov,
nattaly.alba@usdoj.gov), Magistrate Judge Shon T. Erwin (erwin-orders@okwd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5750300@okwd.uscourts.gov
Subject:Activity in Case 5:25-mj-00675-STE United States of America v. Zou et al Motion to
Appoint Counsel
```
Content−Type: text/html

## U.S. District Court

## Western District of Oklahoma[LIVE]

### Notice of Electronic Filing

The following transaction was entered on 12/12/2025 at 8:46 AM CST and filed on 12/11/2025

| | |
|---|---|
| **Case Name:** | United States of America v. Zou et al |
| **Case Number:** | 5:25−mj−00675−STE |
| **Filer:** | Dft No. 2 − Wenrong Zou |
| **Document Number:** | 15(No document attached) |

**Docket Text:**
**ORAL MOTION to Appoint Counsel, ORAL MOTION to Appoint Interpreter, ORAL MOTION to Appoint Interpreter for out of court interpretive services by Wenrong Zou. (ac)**

**5:25−mj−00675−STE−2 Notice has been electronically mailed to:**

Michael Wayne Noland     phisig2225@yahoo.com

Jordan Ganz     jordan.ganz@usdoj.gov, caseview.ecf@usdoj.gov, leandrea.garcia@usdoj.gov, nattaly.alba@usdoj.gov

**5:25−mj−00675−STE−2 Notice has been delivered by other means to:**



FILED

DEC 0 9 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-148 |
|  | ) |  |
| v. | ) | <u>INDICTMENT</u> |
|  | ) |  |
| TIANZHU CHEN, | ) | T. 18 U.S.C. § 2 |
| JINGLIU CHEN, | ) | T. 18 U.S.C. § 371 |
| KANGHUA CHEN, | ) | T. 18 U.S.C. § 1956(a)(1)(A)(i) |
| YONG CHEN, | ) | T. 18 U.S.C. § 1957 |
| XIAN QUAN GUO, | ) | T. 18 U.S.C. § 1962(d) |
| JIAN XIN HUANG, | ) | T. 18 U.S.C. § 1963 |
| JIANFA HUANG, | ) | T. 18 U.S.C. § 2314 |
| BEN QIU LIN, | ) |  |
| FUKANG WANG, | ) | Western District of Oklahoma |
| FUTAO WANG, | ) | MJ-25-675-STE |
| JIA ZHOU WANG, | ) |  |
| JIE WANG, | ) |  |
| XIANGJING WANG, | ) |  |
| DANRONG ZHANG, | ) |  |
| JIE ZHU, | ) |  |
| CHANG YONG ZOU, | ) |  |
| CHANGXU ZOU, | ) |  |
| CHANGYU ZOU, and | ) |  |
| WENRONG ZOU, | ) |  |
|  | ) |  |
| Defendants. |  |  |

**THE GRAND JURY CHARGES:**

## INTRODUCTION

### The Enterprise

1.     At various times relevant to this Indictment, the defendants,

TIANZHU CHEN,
KANGHUA CHEN,
YONG CHEN,
XIAN QUAN GUO,
JIAN XIN HUANG,
JIANFA HUANG,

BEN QIU LIN,
FUKANG WANG,
FUTAO WANG,
JIE WANG,
XIANGJING WANG,
JIE ZHU,
CHANG YONG ZOU, and
CHANGYU ZOU,

and others known and unknown to the Grand Jury, were members and associates of a criminal organization whose members and associates engaged in the interstate transportation of stolen property, money laundering, and other criminal activities, and which was based in, and operated throughout Iowa, Alabama, Illinois, Ohio, Tennessee, and elsewhere. The organization stole and sold used cooking oil (UCO), which can be converted to other uses such as bio-diesel fuel, and transported and caused to be transported stolen UCO of a value of $5,000 or more in interstate commerce. The proceeds of the sale of stolen UCO were deposited into bank accounts from which the organization conducted financial and monetary transactions.

2.    The organization, including its leaders, members, and associates constituted an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, that engaged in, and the activities of which affected, interstate and foreign commerce (hereinafter "ENTERPRISE"). The ENTERPRISE constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the ENTERPRISE.

2

### Purposes of the Enterprise

3.    The purposes of the ENTERPRISE included, but were not limited to:

    a.  enriching members and associates of the ENTERPRISE;

    b.  protecting the ENTERPRISE, its members, and associates by engaging methods to avoid detection;

    c.  promoting and enhancing the ENTERPRISE and its members' and associates' activities; and

    d.  providing support to ENTERPRISE members and associates who were charged with, or incarcerated for, theft-related activities.

### Means and Methods of the Enterprise

4.    Among the means and methods by which the members and associates of the ENTERPRISE conducted and participated in the conduct of the affairs of the ENTERPRISE were the following:

    a.  forming corporations and establishing bank accounts through which the proceeds of the ENTERPRISE flowed;

    b.  leasing facilities and obtaining tanks and equipment for storage of UCO;

    c.  providing food and housing for members and associates of the ENTERPRISE;

    d.  providing transportation to and from the storage facilities and other locations for members and associates of the ENTERPRISE;

e.  providing and maintaining box trucks[1] and equipment for use in stealing UCO;

f.  changing registered ownership of box trucks as needed to avoid detection;

g.  relocating storage facilities and residences to avoid detection;

h.  arranging for the transport and sale of stolen UCO;

i.  withdrawing large sums of cash proceeds from accounts to enrich the ENTERPRISE, and its members and associates; and

j.  conducting financial and monetary transactions to promote and enrich the ENTERPRISE.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 1
### (Racketeering Conspiracy)

5.  Paragraphs 1 through 4 are hereby alleged and incorporated as if set forth fully herein.

6.  From at least in or about August 2020, through on or about December 8, 2025, in the Southern District of Iowa and elsewhere, the defendants,

TIANZHU CHEN,
KANGHUA CHEN,
YONG CHEN,
XIAN QUAN GUO,
JIAN XIN HUANG,
JIANFA HUANG,
BEN QIU LIN,

---

[1] Freightliner and International are brands of commercial box trucks identified below in this Indictment.

4

FUKANG WANG,
FUTAO WANG,
JIE WANG,
XIANGJING WANG,
JIE ZHU,
CHANG YONG ZOU, and
CHANGYU ZOU,

together with others known and unknown to the Grand Jury, each being persons employed by and associated with the ENTERPRISE, which engaged in, and the activities of which affected interstate commerce, knowingly and intentionally conspired to violate 18 U.S.C. § 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the ENTERPRISE through a pattern of racketeering activity, as that term is defined by 18 U.S.C. § 1961(1) and (5). The pattern of racketeering activity through which defendants and others agreed to conduct the affairs of the enterprise consisted of multiple acts indictable under 18 U.S.C. § 2314 (relating to interstate transportation of stolen property), 18 U.S.C. § 1956 (relating to laundering of monetary instruments), and 18 U.S.C. § 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity).

7.    It was further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the ENTERPRISE.

## Overt Acts

8.    In furtherance of the racketeering conspiracy, and to achieve the object thereof, the defendants and others known and unknown committed, and caused to be

committed, the following acts, among others, in the Southern District of Iowa and elsewhere.

9.  On or about October 7, 2019, TIANZHU CHEN filed articles of incorporation for Cleancycle Inc., in Iowa.

10.  On or about August 14, 2020, TIANZHU CHEN and FUKANG WANG using a 2015 Freightliner, VIN[2]: 3ALACWDTXFDGF9886, registered owner TIANZHU CHEN, stole and attempted to steal UCO from a restaurant in Coralville, Iowa. On August 17, 2020, the 2015 Freightliner, VIN: 3ALACWDTXFDGF9886, was retitled to JIA ZHOU WANG.

11.  On or about August 30, 2021, TIANZHU CHEN entered a lease agreement for a warehouse on E. Church Street, Lewisburg, Tennessee.

12.  On or about November 5, 2021, FUKANG WANG entered a lease agreement for a unit of a duplex on Old Columbia Road, Lewisburg, Tennessee.

13.  On or about December 6, 2021, FUKANG WANG entered into a lease agreement for a unit of a duplex on Old Columbia Road, Lewisburg, Tennessee.

14.  On or about April 6, 2022, KANGHUA CHEN purchased a 2016 Freightliner, VIN: 3ALACWDT2GDGX2945.

15.  On or about May 1, 2022, JIAN XIN HUANG and another transported stolen UCO near Cedar Rapids, Iowa, using a 2015 Freightliner, VIN: 3ALACWDTXFDGF9886, registered owner TIANZHU CHEN.

---

[2] Vehicle Identification Number (hereinafter "VIN").

6

16.     On or about May 11, 2022, TIANZHU CHEN purchased a 2013 Ford F150, VIN: 1FTFW1ET8DFB98816.

17.     On or about July 15, 2022, CHANGYU ZOU made a down payment of $3,700 for the purchase of a 2017 International 4300, VIN 1HTMMMML5HH471739.

18.     On or about July 19, 2022, KANGHUA CHEN paid the balance of $34,241.95 for the purchase of a 2017 International 4300, VIN 1HTMMMML5HH471739.

19.     On or about July 20, 2022, TIANZHU CHEN entered into a lease agreement for a warehouse on Lincoln Highway, Nevada, Iowa.

20.     On or about July 31, 2022, co-conspirators who resided in a residence rented by FUKANG WANG stole UCO at a restaurant in East Ridge, Tennessee using a 2016 Freightliner, VIN: 3ALACWDT8GDHN5893, registered owner CHANGYU ZOU, with the warehouse address on E. Church Street, Lewisburg, Tennessee.

21.     On or about August 11, 2022, TIANZHU CHEN paid rent for a warehouse on Lincoln Highway, Nevada, Iowa.

22.     On or about September 6, 2022, co-conspirators, in a 2016 Freightliner, VIN: 3ALACWDT2GDGX2945, owned by KANGHUA CHEN, in the course of stealing UCO in Hendersonville, Tennessee, intimidated and attempted to intimidate a victim company representative with contractual rights to the UCO.

23.     On or about November 28, 2022, CHANG YONG ZOU and another stole UCO from a restaurant in Chattanooga, Tennessee using a 2016 Freightliner, VIN:

7

3ALACWDT8GDHN5893, registered owner CHANGYU ZOU, with the warehouse address on E. Church Street, Lewisburg, Tennessee.

24.    On or about November 29, 2022, XIAN QUAN GUO and JIAN XIN HUANG, using a 2015 Freightliner, VIN: 3ALACWDTXFDGF9886, registered owner TIANZHU CHEN, stole UCO from a restaurant in Cedar Rapids, Iowa.

25.    On or about December 5, 2022, YONG CHEN and another, using a 2018 International 4000, VIN: 1HTMMMML1JH330575, stole UCO from a restaurant in Baxley, Georgia.

26.    On or about December 5, 2022, KANGHUA CHEN attempted to retrieve YONG CHEN's wallet after YONG CHEN's arrest for theft of UCO in Baxley, Georgia.

27.    On or about January 2, 2023, FUKANG WANG renewed leases for two units of a duplex on Old Columbia Road, Lewisburg, Tennessee.

28.    On or about February 4, 2023, CHANGYU ZOU and another, using a 2016 Freightliner, VIN: 3ALACWDT8GDHN5893, registered owner CHANGYU ZOU, with the warehouse address on E. Church Street, Lewisburg, Tennessee, stole UCO from a restaurant in Hendersonville, Tennessee.

29.    On or about March 23, 2023, DANRONG ZHANG filed articles of incorporation for Clearcycle, Inc., in Iowa.

30.    On or about May 8, 2023, DANRONG ZHANG and TIANZHU CHEN used and aided and abetted the use of TD debit card *0991, for a purchase in the amount of $853.82 for equipment including hoses, couplers, and clamps, to be shipped

8

to "Clean Cycle Inc.," at the warehouse address on E. Church Street, Lewisburg, Tennessee.

31.     On or about June 15, 2023, TIANZHU CHEN paid the fine imposed upon XIAN QUAN GUO in connection with theft of UCO in Cedar Rapids, Iowa, on November 29, 2022.

32.     On or about June 20, 2023, JIA ZHOU WANG incorporated King Oil Recycling, Inc., in New York.

33.     On or about July 10, 2023, JIE ZHU filed a certificate of incorporation for Jiechen Oil Recycling, Inc., in New York.

34.     On or about September 25, 2023, YONG CHEN and JIE WANG, using a 2015 Freightliner, VIN: 3ALACWDTXFDGF9886, registered owner XIAN QUAN GUO, with an address on Maple Avenue, Nevada, Iowa, attempted to steal UCO from a restaurant in Albert Lea, Minnesota.

35.     On or about October 6, 2023, TIANZHU CHEN and XIAN QUAN GUO were operating the storage facility in Nevada, Iowa.

36.     On or about November 4, 2023, JIAN XIN HUANG and another, using a 2016 Freightliner, VIN: 3ALACWDT1GDHH1963, registered owner YONG CHEN, with an address on Brockton Drive, Cincinnati, Ohio, attempted to steal UCO at a restaurant in Taylorsville, Indiana.

37.     On or about December 8, 2023, TIANZHU CHEN and others moved the Iowa warehouse to an address on N.E. 70th Avenue, Ankeny, Iowa.

38.    On or about March 19, 2024, JIAN XIN HUANG and JIANFA HUANG, using a 2015 Freightliner, VIN: 3ALACWDTXFDGF9886, registered owner XIAN QUAN GUO, with an address on Maple Avenue, Nevada, Iowa, stole UCO at multiple restaurants in the Des Moines, Iowa, metro area.

39.    On or about April 12, 2024, JIE ZHU paid $1,688.99 for service and repairs to a 2015 Freightliner, VIN: 3ALACWDTXFDGF9886, registered owner XIAN QUAN GUO, with an address on Maple Ave, Nevada, Iowa.

40.    On or about May 16, 2024, XIANGJING WANG and JIANFA HUANG, using a 2015 Freightliner, VIN: 3ALACWDTXFDGF9886, registered owner TIANZHU CHEN, with an address on Maple Avenue, Nevada, Iowa, transported stolen UCO from Nebraska to Iowa.

41.    On or about May 16, 2024, JIANFA HUANG sent TIANZHU CHEN photos of citations issued to XIANGJING WANG in connection with a traffic stop in Avoca, Iowa, that occurred while transporting UCO from Nebraska to Iowa.

42.    On or about May 29, 2024, JIE ZHU paid rent for a residence on N.W. Cedarwood Drive, Ankeny, Iowa, (hereinafter "Ankeny crew residence") and forwarded proof of payment to TIANZHU CHEN.  On or about the following dates, JIE ZHU also paid the rent for this residence in Ankeny, Iowa: July 1, 2024; July 29, 2024; August 30, 2024; September 30, 2024; October 31, 2024; November 27, 2024; December 27, 2024; and January 28, 2025.

10

43.     On or about August 3, 2024, JINGLIU CHEN changed title, registration, and license plates on the 2013 International, VIN: 3HAMMAAL2DL236030, to JINGLIU CHEN, with an address on Maple Avenue, Nevada, Iowa.

44.     On or about November 24, 2024, XIAN QUAN GUO and another, using a 2017 Freightliner, VIN: 1FVACWCY1HHHW7263, registered owner TIANZHU CHEN, with an address on N.W. Cedarwood Drive, Ankeny, Iowa, transported stolen cooking oil in Cedar County, Iowa.

45.     On or about December 9, 2024, JINGLIU CHEN incorporated TDR Harmony Trading Corp. in Alabama.

46.     On or about December 16, 2024, JIAN XIN HUANG and XIANGJING WANG, using a 2017 Freightliner, VIN: 1FVACWCY1HHHW7263, registered owner TIANZHU CHEN, with an address on N.W. Cedarwood Drive, Ankeny, Iowa, stole UCO from a restaurant in Cedar Falls, Iowa.

47.     On or about January 10, 2025, in Graysville, Alabama, XIAN QUAN GUO, using a 2017 Freightliner, VIN: 3ALACWDT3HDJG5885, registered owner TIANZHU CHEN, with an address on Twain Circle, Ames, Iowa, transported stolen cooking oil, during which he hit a guardrail and rolled the box truck spilling stolen UCO onto the highway.

48.     On or about February 12, 2025, YONG CHEN and another, using a 2016 Freightliner, VIN: 3ALACWDT6GDHT7778, registered owner JIE ZHU, with an address on Brockton Drive, Cincinnati, Ohio, stole UCO from a restaurant in Gahanna, Ohio.

11

49.     On or about February 20, 2025, CHANG YONG ZOU and XIAN QUAN GUO operated the Dora, Alabama, warehouse and were in possession of a 2013 International, VIN: 1HTMMAAL0DH481141, registered owner CHANG YONG ZOU, with an address on Maple Avenue, Nevada, Iowa, which was involved in the theft of UCO from a restaurant in Cullman, Alabama, on February 18, 2025.

50.     On or about March 6, 2025, CHANGXU ZOU and WENRONG ZOU, using a 2017 International, VIN: 1HTMMMML5HH471739, registered owner CHANGYU ZOU, with an address on Twain Circle, Ames, Iowa, stole UCO from a restaurant in Springfield, Illinois.

51.     On or about March 10, 2025, CHANGXU ZOU attempted to retrieve a 2017 International, VIN: 1HTMMMML5HH471739, from impound in Illinois after it was seized by law enforcement during the arrest of CHANGXU ZOU and WENRONG ZOU for UCO theft on March 6, 2025.

52.     On or about March 17, 2025, WENRONG ZOU obtained a 2017 International, VIN: 1HTMMMML5HH471739, from impound in Illinois after it was seized by law enforcement during the arrest of CHANGXU ZOU and WENRONG ZOU for UCO theft on March 6, 2025.

53.     On or about March 22, 2025, XIAN QUAN GUO and another, using a 2013 International, VIN: 3HAMMAAL2DL236030, register owner TIANZHU CHEN, with an address of N.W. Cedarwood Drive, Ankeny, Iowa, stole UCO from a restaurant in Ames, Iowa.

12

54.    On or about March 26, 2025, CHANG YONG ZOU was operating the warehouse in Dora, Alabama.

55.    On or about April 8, 2025, JIAN XIN HUANG and XIAN QUAN GUO used a 2013 Ford F-150, VIN: 1FTFW1ET8DFB98816, registered owner YONG CHEN, with an address on N.W. Cedarwood Drive, Ankeny, Iowa, to travel to a vehicle dealership in Ames, Iowa, to pick up a 2007 Lexus, VIN: JTHBJ46G472076271, which was titled with a register owner JIAN XIN HUANG, with an address on N.W. Cedarwood Drive, Ankeny, Iowa, which operated similarly to the 2013 Ford F-150 to support the activities of the ENTERPRISE.

56.    On or about April 30, 2025, XIAN QUAN GUO and FUTAO WANG traveled to Ohio in a 2013 Ford F-150, VIN: 3HAMMAAL2DL236030, to assist in the move of the Ohio warehouse from Harrison to Tipp City, Ohio.

57.    On or about May 3, 2025, JIE ZHU used 2013 Ford F-150, VIN: 3HAMMAAL2DL236030, to pull a trailer containing multiple large storage tanks, used to store stolen UCO, out of the Harrison, Ohio, storage facility bound for the Tipp City, Ohio, warehouse when a large tank rolled off the trailer striking the vehicle of an innocent motorist. JIE WANG and FUTAO WANG were with JIE ZHU on this occasion assisting with the warehouse move.

58.    On or about May 8, 2025, DANRONG ZHANG paid for an American Airlines plane ticket for TIANZHU CHEN, from LaGuardia Airport, in New York, to Des Moines International Airport, in Iowa, and aided and abetted the same. TIANZHU CHEN went to the Ankeny crew residence upon arrival.

13

59.     On or about May 9, 2025, TIANZHU CHEN went to the Story County administration building in Nevada, Iowa, and changed the title, registration, and plates of the 2017 International, VIN: 1HTMMMML5HH471739, to registered owner TIANZHU CHEN, with an address on Twain Circle, Ames, Iowa.

60.     On or about May 20, 2025, TIANZHU CHEN drove a 2013 Ford F-150, VIN: 3HAMMAAL2DL236030, to the Story County administration building in Nevada, Iowa, and changed the title, registration, and plates of the 2013 International, VIN: 1HTMMAAL0DH481141, to registered owner TIANZHU CHEN, with an address on Twain Circle, Ames, Iowa.

61.     On or about May 22, 2025, JIANFA HUANG and BEN QIU LIN, using a 2013 International, VIN: 1HTMMAAL0DH481141, registered owner TIANZHU CHEN, with an address on Twain Circle, Ames, Iowa, stole UCO in the Des Moines, Iowa, metro area and nearby communities.

62.     On or about May 28, 2025, JIA ZHOU WANG paid $5,190.35 for repairs to a 2017 International, VIN: 1HTMMMML5HH471739, registered owner TIANZHU CHEN, with an address on Twain Circle, Ames, Iowa.

63.     On or about August 1, 2025, JIAN XIN HUANG and JIANFA HUANG, using a 2017 Freightliner, VIN: 1FVACWCY1HHHW7263, registered owner TIANZHU CHEN, with an address on N.W. Cedarwood Drive, Ankeny, Iowa, stole UCO at multiple restaurants in Des Moines, Iowa.

64.     On or about September 12, 2025, XIAN QUAN GUO, FUTAO WANG, and TIANZHU CHEN traveled to the warehouse in Dora, Alabama, and in the week

14

that followed, they and JIAN XIN HUANG, used the 2017 freightliner, VIN: 1FVACWCY1HHHW7263, registered owner TIANZHU CHEN, with an address on N.W. Cedarwood Drive, Ankeny, Iowa, to move UCO equipment to a location in Trenton, Kentucky.

65. On or about September 19, 2025, TIANZHU CHEN and JIAN XIN HUANG traveled to the Story County administration building in Nevada, Iowa, and changed the title, registration, and plates of the 2017 freightliner, VIN: 1FVACWCY1HHHW7263, from TIANZHU CHEN to JIAN XIN HUANG, with an address on Twain Circle, Ames, Iowa.

66. On or about September 20, 2025, YONG CHEN and BEN QIU LIN, using 2015 Freightliner, VIN: 3ALACWDT1GDHH1963, registered owner JIE ZHU, with an address on Brockton Drive, Cincinnati, Ohio, stole UCO from a restaurant in Florence, Kentucky.

67. On or about September 25, 2025, TIANZHU CHEN rented a Volkswagen Jetta from a car rental business in Ankeny, Iowa, for use in retrieving the 2017 freightliner, VIN: 1FVACWCY1HHHW7263, from Trenton, Kentucky.

68. On or about September 26, 2025, JIAN XIN HUANG and XIAN QUAN GUO traveled from Ankeny, Iowa, to Trenton, Kentucky, in the rented Volkswagen Jetta, returned the rented Volkswagen Jetta to a rental business in Clarksville, Tennessee, and drove the 2017 freightliner, VIN: 1FVACWCY1HHHW7263, to a warehouse on N.E. 70th Avenue, Ankeny, Iowa.

15

69.     On or about October 9, 2025, XIAN QUAN GUO and another person using the 2017 International, VIN: 1HTMMMML5HH471739, registered owner TIANZHU CHEN, with an address on Twain Circle, Ames, Iowa, conducted overnight UCO thefts at approximately twenty restaurants in Marshalltown, Ames, and Huxley, Iowa.

70.     On or about October 27, 2025, XIANGJING WANG, FUTAO WANG, JIANFA HUANG, and XIAN QUAN GUO removed UCO storage tanks from three box trucks, the 2017 Freightliner, VIN: 1FVACWCY1HHHW7263; the 2017 International, VIN: 1HTMMMML5HH471739; and the 2013 International, VIN: 1HTMMAAL0DH481141, and placed the tanks in the warehouse on N.E. 70th Avenue, Ankeny, Iowa.

71.     On or about October 29, 2025, XIAN QUAN GUO removed the UCO storage container from the 2013 International, VIN: 3HAMMAAL2DL236030, and placed the container in the warehouse on N.E. 70th Avenue, Ankeny, Iowa.

72.     On or about November 7, 2025, JINGLIU CHEN and XIANGJING WANG traveled to the Story County administration building in Nevada, Iowa, where JINGLIU CHEN changed the title, registration, and plates of the 2017 International, VIN:     1HTMMMML5HH471739,     and     the     2013     International,     VIN: 1HTMMAAL0DH481141, to JINGLIU CHEN, with an address on Twain Circle, Ames, Iowa.

73.     On or about November 10, 2025, JINGLIU CHEN traveled to Boone County, Iowa, and changed the title, registration, and plates of a 2007 Lexus E350,

16

VIN: JTHBJ46G472076271, to JINGLIU CHEN, with an address on Twain Circle, Ames, Iowa.

74.   On or about November 14 thru 15, 2025, XIAN QUAN GUO, XIANGJING WANG, and FUTAO WANG using the 2017 International, VIN: 1HTMMMML5HH471739, moved the contents of the Ankeny crew to a residence on N.E. 11th Court, Des Moines, Iowa.

75.   The allegations in Counts 3 through 9 are incorporated and alleged herein as further overt acts.

This is a violation of Title 18, United States Code, Section 1962(d).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Conspiracy - Interstate Transportation of Stolen Property)**

76.   Beginning by at least as early as on or about August 2020, and continuing to on or about December 8, 2025, in the Southern District of Iowa and elsewhere, defendants,

TIANZHU CHEN,
JINGLIU CHEN,
KANGHUA CHEN,
YONG CHEN,
XIAN QUAN GUO,
JIAN XIN HUANG,
JIANFA HUANG
BEN QIU LIN,
FUKANG WANG,
FUTAO WANG,
JIA ZHOU WANG,
JIE WANG
XIANGJING WANG,
DANRONG ZHANG,

17

JIE ZHU,
CHANG YONG ZOU,
CHANGXU ZOU,
CHANGYU ZOU, and
WENRONG ZOU

together with other persons known and unknown to the Grand Jury, knowingly and willfully conspired and agreed to commit offenses against the United States, those being interstate transportation of stolen property, in violation of Title 18, United States Code, Section 2314.

### Manner and Means of the Conspiracy

77.     The manner and means by which the objects of the conspiracy were accomplished included, but were not limited to, the following.

78.     It was a part of the conspiracy that one or more of the defendants and others known and unknown to the Grand Jury would identify locations from which to steal UCO.

79.     It was part of the conspiracy that one or more of the defendants and others known and unknown to the Grand Jury would travel to the warehouse, gain access to a box truck, and drive to the theft location.

80.     It was a part of the conspiracy that one or more of the defendants and others known and unknown to the Grand Jury would steal UCO, secure it in a tank in the back of a box truck, and offload the stolen UCO in storage tanks at a warehouse.

81.     It was a part of the conspiracy that one or more of the defendants and others known and unknown to the Grand Jury would arrange for the sale and

18

31

transport of the stolen UCO to a third party for recycling during the process of which stolen UCO with a value of $5,000 or more was transported in interstate commerce.

## Overt Acts

82.     On or about the alleged dates, in furtherance of the conspiracy, and to effect the objects thereof, the defendants, and their co-conspirators and agents, in the Southern District of Iowa, and elsewhere, committed and caused to be committed the overt acts as set forth in paragraphs, 9 through 74 and Counts 3 through 9 of this Indictment, which are incorporated and alleged herein as overt acts, among others.

This is a violation of Title 18, United States Code, Section 371.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Interstate Transportation of Stolen Property)

From on or about December 20, 2024, to on or about February 4, 2025, in the Southern District of Iowa and elsewhere, the defendants, TIANZHU CHEN,  JIA ZHOU WANG, JIE ZHU, and JIAN XIN HUANG, did transport and transfer and cause to be transported and transferred in interstate commerce, goods, that is, UCO, with a value of $5,000 or more, knowing the same to have been stolen, and aided and abetted same.

This is a violation of Title 18, United States Code, Sections 2314 and 2.

19

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Interstate Transportation of Stolen Property)

From on or about February 6, 2025, to on or about February 26, 2025, in the Southern District of Iowa and elsewhere, the defendants, FUTAO WANG, XIANGJING WANG, TIANZHU CHEN, JIA ZHOU WANG, YONG CHEN, JIE ZHU, and JIAN XIN HUANG, did transport and transfer and cause to be transported and transferred in interstate commerce, goods, that is, UCO, with a value of $5,000 or more, knowing the same to have been stolen, and aided and abetted same.

This is a violation of Title 18, United States Code, Sections 2314 and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Interstate Transportation of Stolen Property)

From in or about March 13, 2025, to on or about April 10, 2025, in the Southern District of Iowa and elsewhere, the defendants, JIANFA HUANG, XIANGJING WANG, YONG CHEN, TIANZHU CHEN, JIA ZHOU WANG, JIE ZHU, and JIAN XIN HUANG, did transport and transfer and cause to be transported and transferred in interstate commerce, goods, that is, UCO, with a value of $5,000 or more, knowing the same to have been stolen, and aided and abetted same.

This is a violation of Title 18, United States Code, Sections 2314 and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Money Laundering)**

On or about April 10, 2023, in the Southern District of Iowa and elsewhere, defendant TIANZHU CHEN, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce in criminally derived property, having been derived from one or more specified unlawful activities, that is interstate transportation of stolen property (18 U.S.C. § 2314), that is, the issuance of a check in the amount of $1,800 from account *3948 at US Bank, into which account said criminally derived proceeds had been deposited, which check was negotiated, with an intent to promote the carrying on of the crime of interstate transportation of stolen property.

This is a violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(Money Laundering)**

On or about May 3, 2023, in the Southern District of Iowa and elsewhere, defendant DANRONG ZHANG did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce in criminally derived property, having been derived from one or more specified unlawful activities, that is interstate transportation of stolen property (18 U.S.C. § 2314), that is, the issuance of a check in the amount of $1,800 from account *4864 at US Bank, into which account said criminally derived proceeds had been deposited, which check was negotiated, with an

21

intent to promote the carrying on of the crime of interstate transportation of stolen property, and aided and abetted same.

This is a violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 8
### (Money Laundering)

On or about February 9, 2024, in the Southern District of Iowa and elsewhere, defendant JIA ZHOU WANG did knowingly engage and attempt to engage in a monetary transaction by and through a financial institution, and affecting interstate commerce, in criminally derived property of a value greater than $10,000 having been derived from one or more specified unlawful activities, that is interstate transportation of stolen property (18 U.S.C. § 2314), in that the defendant JIA ZHOU WANG issued a check in the amount of $20,867 from Bank of America account *6526 into which account said criminally derived proceeds had been deposited, which check was negotiated.

This is a violation of Title 18, United States Code, Section 1957.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 9
### (Money Laundering)

On or about March 20, 2025, in the Southern District of Iowa and elsewhere, defendants JIA ZHOU WANG and TIANZHU CHEN, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce in criminally

22

derived property, having been derived from one or more specified unlawful activities, that is interstate transportation of stolen property (18 U.S.C. § 2314), that is, a debit card payment in the amount of $2,455.81 from account *6526 at Bank of America, into which account said criminally derived proceeds had been deposited, which check was negotiated, with an intent to promote the carrying on of the crime of interstate transportation of stolen property, and aided and abetted same.

This is a violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

1.     The allegations contained in Count 1 of this Indictment, charging RICO conspiracy, are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1963.

2.     Upon conviction of the offense alleged in Count 1 of this Indictment, the defendants,

TIANZHU CHEN,
KANGHUA CHEN,
YONG CHEN,
XIAN QUAN GUO,
JIAN XIN HUANG,
JIANFA HUANG,
BEN QIU LIN,
FUKANG WANG,
JIE WANG,
XIANGJING WANG,
JIE ZHU,
CHANG YONG ZOU, and
CHANGYU ZOU,

23

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1963:

    a.     any interest acquired or maintained in violation of Section 1962;

    b.     any interest in, security of, claim against, and property and contractual right of any kind affording a source of influence over, the enterprise which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Section 1962; and

    c.     any property constituting and derived from, any proceeds which the defendants obtained, directly or indirectly, from racketeering activity in violation of Section 1962.

    3.    The property to be forfeited includes, but is not limited to:

        a.     2017 Freightliner, VIN: 1FVACWCY1HHHW7263;

        b.     2013 International, VIN: 3HAMMAAL2DL236030;

        c.     2013 Ford F-150, VIN: 1FTFW1ET8DFB98816;

        d.     2017 International, VIN: 1HTMMMML5HH471739;

        e.     2013 International, VIN: 1HTMMAAL0DH481141;

        f.     2016 Freightliner, VIN: 3ALACWDT1GDHH1963;

        g.     2016 Freightliner, VIN: 3ALACWDT6GDHT7778;

        h.     2011 Toyota Rav4, VIN: 2T3BF4DV0BW176209;

        i.     2007 Lexus E350, VIN: JTHBJ46G472076271;

        j.     Bank of America Account *3389, titled Jiechen Oil Recycling, Inc., owned by JIE ZHU;

24

     k.      Property inside of box trucks described in 3(a) – 3(g) used to collect and store UCO including storage tanks, gas powered pumps, hoses and attachments;

     l.      Property inside the properties described below, used to collect and store UCO including storage tanks, gas powered pumps, hoses, and attachments,

          i.      1471 NE 70th Avenue, Unit 101 and 102, Ankeny, Iowa;

          ii.      4240 Lisa Drive, Unit C, Tipp City, Ohio; and

          iii.     455 Penchem Road, Trenton, Kentucky.

4.     To the extent that property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 1963, as a result of any act or omission by the defendants:

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to, or deposited with, a third party;

     c.  has been placed beyond the jurisdiction of the court;

     d.  has been substantially diminished in value; or

     e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States of America, pursuant to Title 18, United States Code, Section 1963(m), to seek forfeiture of any other property of the defendant(s) up to the value of the property described above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 1963, and Fed. R. Crim. P. 32.2.


**A TRUE BILL.**


FOREPERSON


David C. Waterman
United States Attorney

By: _____
Debra Mendenhall
Assistant United States Attorney


26

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:25-cr-148 |
| v. | ) | |
| | ) | |
| WENRONG ZOU | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     WENRONG ZOU _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ❑ Superseding Indictment       ❑ Information       ❑ Superseding Information       ❑ Complaint
❑ Probation Violation Petition       ❑ Supervised Release Violation Petition       ❑ Violation Notice       ❑ Order of the Court

This offense is briefly described as follows:

  Ct 2:  Conspiracy – Interstate Transportation of Stolen Property, in violation of T. 18 U.S.C. § 371.

WARRANT ISSUED

CHANDLOR G. COLLINS, Clerk

Date:  _____12/09/2025_____          By: _____
                                                                                    DEPUTY CLERK

City and state:  _____Des Moines, Iowa_____          William P. Kelly, United States Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____
                                                                *Arresting officer's signature*
                                                                _____
                                                                *Printed name and title* |

```
MIME-Version:1.0
From:okwd_ecf_notice@okwd.uscourts.gov
To:okwdecf@localhost.localdomain
Bcc:
--Case Participants: Jordan Ganz (caseview.ecf@usdoj.gov, jordan.ganz@usdoj.gov,
leandrea.garcia@usdoj.gov, nattaly.alba@usdoj.gov), Magistrate Judge Shon T. Erwin
(erwin-orders@okwd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5749415@okwd.uscourts.gov
Subject:Activity in Case 5:25-mj-00675-STE United States of America v. Zou et al Arrest -
Other District
Content-Type: text/html
```

### U.S. District Court

### Western District of Oklahoma[LIVE]

## Notice of Electronic Filing

The following transaction was entered on 12/11/2025 at 10:19 AM CST and filed on 12/11/2025

**Case Name:** United States of America v. Zou et al
**Case Number:** <u>5:25–mj–00675–STE</u>
**Filer:**
**Document Number:** No document attached
**Docket Text:**
 **Arrest of Wenrong Zou in Western District of Oklahoma. (ac)**

**5:25–mj–00675–STE–2 Notice has been electronically mailed to:**

Jordan Ganz    jordan.ganz@usdoj.gov, caseview.ecf@usdoj.gov, leandrea.garcia@usdoj.gov, nattaly.alba@usdoj.gov

**5:25–mj–00675–STE–2 Notice has been delivered by other means to:**