UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XIAN QUAN GUO<br><br>Defendant. | Case No. 4:25-cr-00148<br><br>APPEARANCE |

**COMES NOW** attorney Angela L. Campbell and hereby enters her appearance as counsel for Defendant, Xian Quan Guo.

        Respectfully submitted,

        /s/ Angela L. Campbell
        Angela L. Campbell, AT0009086
        DICKEY, CAMPBELL & SAHAG LAW FIRM, P.L.C.
        301 E. Walnut St., Suite 1
        Des Moines, Iowa 50309
        Phone: 515-288-5008
        Fax: 515.288.5010
        E-Mail: angela@iowajustice.com
        ATTORNEY FOR DEFENDANT
        XIAN QUAN GUO

**VIA ECF TO:**

Debra Mendenhall
Assistant United States Attorney
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: debra.mendenhall@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 12, 2025.

By:    ____ U.S. Mail    ____ FAX
        ____ Hand Delivered    ____ Overnight Courier
        ____ Certified Mail    X Other: ECF

Signature: /s/ Angela Campbell