IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TIANZHU CHEN,<br>JINGLIU CHEN,<br>KANGHUA CHEN,<br>YONG CHEN,<br>XIAN QUAN GUO,<br>JIAN XIN HUANG,<br>JIANFA HUANG,<br>BEN QIU LIN,<br>FUKANG WANG,<br>FUTAO WANG,<br>JIA ZHOU WANG,<br>JIE WANG,<br>XIANGJING WANG,<br>DANRONG ZHANG,<br>JIE ZHU,<br>CHANG YONG ZOU,<br>CHANGXU ZOU,<br>CHANGYU ZOU, and<br>WENRONG ZOU,<br><br>  Defendants. | No. 4:25-cr-00148-RGE-WPK<br><br><br>**POST-INDICTMENT<br>PROTECTIVE ORDER** |

Now before the Court is the United States's application for a post-indictment protective order for property located at 31 Sweetwater Avenue, Staten Island, New York, 10308. ECF No. 73. For the reasons stated in the application, the Court **GRANTS** the application and **ORDERS** as follows:

Defendant FUKANG WANG, any other persons or entities with an interest in 38 Sweetwater Avenue, Staten Island, New York ("the real property"), or any persons or entities

1

associated with them, shall refrain from attempting or completing any action that would affect the availability or value of said real property, including but not limited to selling, assigning, pledging, distributing, encumbering, wasting, secreting, or otherwise taking any action that would impair the availability of the real property and its value for forfeiture. Further, the real property shall be kept in good repair, with all mortgages, tax, insurance, and other payments due and owing on the real property shall be timely made. The federal government or its designees are authorized to inspect the real property on a monthly basis, and to review mortgage, tax, and insurance documentation, as coordinated through defense counsel, to ensure compliance with the protective order. Defendant shall provide the federal government or its designees with requested documentation needed to prove compliance with this order. The federal government or its designees shall promptly report any danger to the preservation of the real property, and any suspected or actual noncompliance with this protective order to the parties and the Court.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2025.

_____
REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE